FILED
CLERK, U.S. DISTRICT COURT

12/06/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___C. Wynn___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. RYALL, | Case No. CV 12-6747-SVW (DTB) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| BECKY CLAY, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: December 6, 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1