JS-6

FILED
CLERK, U.S. DISTRICT COURT

12/06/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: __C. Wynn___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN J. RYALL,

               Petitioner,

       vs.

BECKY CLAY, Warden,

               Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 12-6747-SVW (DTB)

**J U D G M E N T**

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 6, 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1